Todd M. Friedman, Esq. (216752)
Darin Shaw, Esq. (251037)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
dshaw@attorneysforconsumers.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ETHELYN HOLMES,** | ) Case No. 3:11-cv-01523-L -POR |
| Plaintiff, | ) |
| vs. | ) **NOTICE OF VOLUNTARY** |
| | ) **DISMISSAL WITH PREJUDICE** |
| **NORTHSTAR LOCATION SERVICES, LLC** | ) |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case with prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 6th day of October, 2011.

By:   s/Todd M. Friedman
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

1 | Filed electronically on this 6th day of October, 2011, with:

United States District Court CM/ECF system

And hereby served upon all parties

Notification sent on this 6th day of October, 2011, via the ECF system to:

Honorable M. James Lorenz
Judge of the United States District Court
Southern District of California

Copy sent via mail on this 6th day of October, 2011, to:

Linda M. Leising
Compliance Officer
Northstar Location Services, LLC
4285 Genesee Street
Cheektowaga, NY 14225

By: s/Todd M. Friedman
　　　Todd M. Friedman